1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.:
                                       )
12                     Plaintiff,      )   ORDER OF DETENTION PENDING
                                       )   FURTHER REVOCATION
13              v.                     )   PROCEEDINGS
                                       )   (FED. R. CRIM. P. 32.1(a)(6); 18
14   *Ricky Frederick*                 )   U.S.C. § 3143(a)(1))
                                       )
15                     Defendant.      )

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Central___ District of

18   __California__ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (X)   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (X)   information in the Pretrial Services Report and Recommendation

26              (X)   information in the violation petition and report(s)

27              ( )   the defendant's nonobjection to detention at this time

28              ( )   other: _____

1

1    and/ or

2  B. ( )    The defendant has not met his/her burden of establishing by clear and

3            convincing evidence that he/she is not likely to pose a danger to the

4            safety of any other person or the community if released under 18 U.S.C.

5            § 3142(b) or (c).  This finding is based on the following:

6            ( )    information in the Pretrial Services Report and Recommendation

7            ( )    information in the violation petition and report(s)

8            ( )    the defendant's nonobjection to detention at this time

9            ( )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  July 9, 2015

15                                              SHERI PYM
                                                United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28